**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

JAMES HENRY LEROY MARTIN,

      Plaintiff,

    vs.

CO II BAGLEY; DAVID "ASALADEEM"
COOPER, a/k/a DENNIS SALADINE
COOPER; Nurse ROBBINS; Nurse
HIGHSMITH; Captain CROSBY;
CARL HUMPHEY, Warden; Nurse
Director HODGES, and Nurse
Director CASSEY BATTEN,

      Defendants.

CIVIL ACTION NO.: CV506-018

# O R D E R

Plaintiff has filed a "Motion for Stay of Evidence in Custody of State/D.O.C. ...Pertain to Instant Petition." Plaintiff seeks an Order directing Defendants to hold all of the evidence they have collected during their investigation of the incident or incidents alleged in Plaintiff's complaint. Plaintiff's motion is **GRANTED**.

**SO ORDERED**, this 27th day of March, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)