**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

JAMES HENRY LEROY MARTIN,            :

      Plaintiff,            :

      vs.            :            CIVIL ACTION NO.: CV506-018

CO II BAGLEY; DAVID "ASALADEEM"            :
COOPER, a/k/a DENNIS SALADINE
COOPER; Nurse ROBBINS; Nurse            :
HIGHSMITH; Captain CROSBY;
CARL HUMPHEY, Warden; Nurse            :
Director HODGES, and Nurse
Director CASSEY BATTEN,            :

      Defendants.            :

## O R D E R

      Plaintiff has filed a "Motion for Stay of Evidence in Custody of State/D.O.C. ...Pertain

to Instant Petition." Plaintiff seeks an Order directing Defendants to hold all of the evidence

they have collected during their investigation of the incident or incidents alleged in Plaintiff's

complaint. Plaintiff's motion is **GRANTED**.

      **SO ORDERED**, this _27th_ day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)