IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 AUG 16  AM 11: 36

CLERK _____
SO. DIST. OF GA.

JAMES HENRY LEROY MARTIN,

 Plaintiff,

vs.

CO II BAGLEY; DAVID "ASALADEEM" COOPER, a/k/a DENNIS SALADINE COOPER; Nurse ROBBINS; Nurse HIGHSMITH; Captain CROSBY; CARL HUMPHREY, Warden; Nurse Director HODGES, and Nurse Director CASSEY BATTEN,

 Defendants.

CIVIL ACTION NO.: CV506-018

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Cooper, Robbins, Highsmith, Crosby, Humphrey, Hodges, and Batten are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 16th day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)