IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT -6  P 3: 34

CLERK
SO. DIST. OF GA.

JAMES HENRY LEROY MARTIN,

    Plaintiff,

vs.

CO II BAGLEY,

    Defendant.

CIVIL ACTION NO.: CV506-018

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated August 21, 2006. That Order denied Plaintiff's Motion for Appointment of Counsel. Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated August 21, 2006, shall remain the Order of the Court.

**SO ORDERED**, this 6th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)