IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 15  P 2 40

CLERK J. LaVictoure
SO. DIST. OF GA.

JAMES HENRY LEROY MARTIN,

    Plaintiff,

vs.

CO II BAGLEY; CARL HUMPHREY, and MARK CROSBY,

    Defendants.

CIVIL ACTION NO.: CV506-018

## ORDER

Plaintiff has filed a "Motion For An Order to Compel" asserting that various responses of Defendants to interrogatories are inadequate and unresponsive. Defendants have filed a response to Plaintiff's Motion. Upon review, Plaintiff's motion is **DENIED**. Local Rule 26.5 provides that Motions to Compel Discovery shall quote verbatim each interrogatory and any objection thereto. Plaintiff has not complied with this requirement; therefore, the court has insufficient information to assess the validity of Plaintiff's motion.

**SO ORDERED**, this 15th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)