IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAMES HENRY LEROY MARTIN,

    Plaintiff,

vs.

CO II BAGLEY; CARL HUMPHREY, and MARK CROSBY,

    Defendants.

CIVIL ACTION NO.: CV506-018

## ORDER

In his "Motion in Opposition to the Defendants' Pleadings," Plaintiff has renewed his Motion for Appointment of Counsel. As Plaintiff is aware, there is no entitlement to appointed counsel in a civil rights case, such as this one. Wahl v. McIver, 773 F.2d 1169, 1174 (11th Cir. 1986); Hardwick v. Ault, 517 F.2d 295, 298 (5th Cir. 1975). Rather, the appointment of counsel is a privilege justified only by exceptional circumstances. Wahl, 773 F.2d at 1174. The Court finds no such circumstances in this case. Plaintiff's renewed Motion for Appointment of Counsel is **DENIED**.

**SO ORDERED**, this 15th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)