IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 15  P 2:40

CLERK _____
SO. DIST. OF GA.

JAMES HENRY LEROY MARTIN,

    Plaintiff,

vs.

CO II BAGLEY; CARL HUMPHREY,
and MARK CROSBY,

    Defendants.

CIVIL ACTION NO.: CV506-018

## ORDER

In his Answer to Plaintiff's Complaint, Captain Crosby has supplied his full name. Accordingly, the Clerk is authorized and directed to change the name of Defendant "Captain Crosby" to Mark Crosby upon the docket and record of this case.

**SO ORDERED**, this 15th day of December, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)