IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAMES HENRY LEROY MARTIN,

    Plaintiff,

vs.

CO II BAGLEY; CARL HUMPHREY,
and MARK CROSBY,

    Defendants.

CIVIL ACTION NO.: CV506-018

## ORDER

Plaintiff has filed a "Motion for Subpoena to Produce Evidence." Plaintiff's motion is **dismissed**. Information and documents that are discoverable should be requested in interrogatories and requests for production of documents directed to counsel for the Defendants, not filed with the Court.

**SO ORDERED**, this 23rd day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)